# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMIRAMIS ARSINOUS,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUY SPINE, INC.;<br>DEPUY SYNTHES, INC.;<br>DEPUY ORTHOPAEDICS, INC.;<br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON SERVICES, INC.; and<br>DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV20-06809-EMC<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1  The Court having reviewed the Joint Stipulation to Dismiss the entire action and
2  each and every cause of action therein with Prejudice, filed by Defendants DEPUY SPINE,
3  INC., DEPUY, DEPUY SPINE, LLC., DEPUY SYNTHES, INC.; DEPUY ORTHOPAEDICS, INC.,
4  MEDICAL DEVICE BUSINESS SERVICES INC., JOHNSON & JOHNSON; JONHSON &
5  JOHNSON SERVICES, INC., and Plaintiff SEMIRAMIS ARSINOUS, and good cause appearing,
6  it is hereby ORDERED as follows:

Plaintiff's Complaint and each and every cause of action alleged therein is dismissed with prejudice.

The Court directs the clerk to close this case.

**IT IS SO ORDERED.**

Dated: __July 20_____, 2022          _____
                                              United States District Judge